Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:09-cr-00263 |
| | ) | JUDGE TRAUGER |
| GLENN M. LITTLE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES FOR
ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through Edward M. Yarbrough, United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, and respectfully submits this Motion for Issuance of the Preliminary Order of Forfeiture. In support thereof, the United States sets forth the following:

1. On November 10, 2009, a federal grand jury sitting in the Middle District of Tennessee returned a three (3) count Indictment against the defendant, Glenn M. Little, Sr. Count One charged that from on or about November 29, 2006 to on or about October 1, 2009, in the Middle District of Tennessee and elsewhere, the Defendant, knowingly received and attempted to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(2)(A) and 2252A(b). Count Two charged that on or about October 14, 2009, in the Middle District of Tennessee and elsewhere, the Defendant, knowingly received and attempted to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, all in violation of 18 U.S.C. §§ 2252(a)(2)(A) and 2252A(b). Count Three charged that on or about

1