# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:09-00263 |
| ) | Judge Trauger |
| GLENN M. LITTLE, SR. ) | |
| ) | |

## O R D E R

It is hereby **ORDERED** that a hearing shall be held on Wednesday, April 23, 2014, at 3:00 p.m., on the Petition to Revoke Supervision (Docket No. 61).

It is so **ORDERED.**

Enter this 18th day of April 2014.

_____
ALETA A. TRAUGER
United States District Judge